IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01937-EWN-MJW

UNITED STATES <u>EX REL</u>. RUTH RITCHIE,

Plaintiff/Relator,

v.

LOCKHEED MARTIN CORP. and LOCKHEED MARTIN
SPACE SYSTEMS CO.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Relator's Motion for Reconsideration of Order to Show Cause, (DN 16) is GRANTED IN PART AND DENIED IN PART. The portion of this motion requesting that the Show Cause hearing be vacated is DENIED. The portion of this motion to allow the Relator and Relator's counsel to appear by telephone is GRANTED. The Relator and Relator's counsel may appear by telephone conference call at the Show Cause Hearing set on October 18, 2005, at 8:30 a.m. The Relator and Relator's counsel shall contact the court by telephone on October 18, 2005, at 8:30 a.m. Denver time by calling (303) 844-2403.

Date: October 14, 2005