IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01937-EWN-MJW

UNITED STATES EX REL. RUTH RITCHIE,

Plaintiff/Relator,

v.

LOCKHEED MARTIN CORP. and LOCKHEED MARTIN
SPACE SYSTEMS CO.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Relator's Motion for Protective Order (docket no. 88) is DENIED.  The Relator filed this case in the District of Colorado. The Relator picked her venue.   Accordingly, the court finds, in its discretion, that Relator's deposition should take place in the District of Colorado.

Date:  May 25, 2006