IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01937–EWN–MJW

UNITED STATES <u>EX REL</u>. RUTH RITCHIE,

    Plaintiff/Relator,

v.

LOCKHEED MARTIN CORP. and
LOCKHEED MARTIN SPACE SYSTEMS CO.,

    Defendants.

---

## ORDER

---

This matter comes before the court on Defendants' motion to dismiss (#39), which both parties recognize to be convertible into a motion for summary judgment (*see* Fed. R. Civ. Pro. 12[a][6]), and Plaintiff's subsidiary motion pursuant to Fed. R. Civ. P. 56(f) (#52). Upon consideration of the motions and the file, the court finds that discovery is proceeding under the auspices of the magistrate judge. The dispositive motion is, at best, premature. It is therefore

**ORDERED** as follows:

1.     The rule 56(f) motion (#52) is GRANTED.

2.     The motion to dismiss/for summary judgment (#39) is DENIED without prejudice to be renewed by the dispositive motion deadline.

Dated this 30th day of June, 2006.

                                  BY THE COURT:

                                  s/ Edward W. Nottingham
                                  EDWARD W. NOTTINGHAM
                                  United States District Judge