IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01937-EWN-MJW

UNITED STATES EX REL. RUTH RITCHIE,

Plaintiff/Relator,

v.

LOCKHEED MARTIN CORP. and LOCKHEED MARTIN
SPACE SYSTEMS CO.,

Defendants.

---

MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Attorney James Reuterbories' Motion to Withdraw Appearance in Compliance with D.C.COLO.LCivR 83.3 D (docket no. 98) is GRANTED finding good cause shown. James Reuterbories is withdrawn as counsel of record for the Relator Ruth Ritchie.

Date:  September 8, 2006