IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01937-EWN-MJW

UNITED STATES EX REL. RUTH RITCHIE,

Plaintiff/Relator,

v.

LOCKHEED MARTIN CORP. and LOCKHEED MARTIN
SPACE SYSTEMS CO.,

Defendants.

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Lockheed Martin Corporation's Motion for Protective Order on Relator's Fed. R. Civ. P. 30(b)(6) Deposition Notice (docket no. 131) is GRANTED for those reasons as stated in this motion. Plaintiff-Relator has failed to file any response to this motion by November 11, 2006, and therefore this court deems the motion confessed. The Defendant's designated Rule 30(b)(6) deposition shall be limited to topics 2, 7 and 8 only. The Defendant's designated Rule 30(b)(6) deposition shall be completed by November 30, 2006.

Date: November 13, 2006