IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01937-EWN-MJW

UNITED STATES EX REL. RUTH RITCHIE,

Plaintiff/Relator,

v.

LOCKHEED MARTIN CORP. and LOCKHEED MARTIN
SPACE SYSTEMS CO.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Lockheed Martin Corporation's Motion for Attorney's Fees (docket no. 136) is GRANTED. Plaintiff-Relator has not filed any response to this motion and therefore this court deems the motion confessed. Moreover, in the body of this motion under paragraph II captioned: Certification pursuant to D.C.COLO.LCivR 7.2 states... "Relator does no oppose the amount of fees Lockheed Martin seeks." Furthermore, after taking into consideration those factors as outlined in Ramos v. Lamm, 713 F.2d 546, 553 (10th Cir. 1983), this court finds that the sum of $4,800.00 in attorney fees should be paid by Plaintiff-Relator to Defendant Lockheed Martin for having to defend the Plaintiff-Relator's two sets of Objections to Magistrate Judge Watanabe's rulings concerning interrogatories and request for production of documents. This court further finds that the hourly rate for Defendant's counsel in the amount of $250.00 is reasonable and that 19.2 hours spent by Defendant's counsel is also reasonable and necessary in this case. Plaintiff-Relator shall pay to Defendant Lockheed Martin the sum of $4,800.00 on or before December 29, 2006.

Date:  December 26, 2006