IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01937-EWN-MJW

UNITED STATES EX REL. RUTH RITCHIE,

Plaintiff/Relator,

v.

LOCKHEED MARTIN CORP. and LOCKHEED MARTIN
SPACE SYSTEMS CO.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Relator's Third Motion to Compel (docket no. 162) is DENIED for the following reasons. Relator admits that the subject motion was filed one day late. See footnote 1 on page 2 of the subject motion (docket no. 162). Not only was the subject motion filed one day late, it was filed more than four (4) months after the subject requests for admissions were served on Defendant, after the close of discovery (both fact and expert), after the deadline to file dispositive motions, and after the January 15, 2007, deadline to file any discovery motions that this court set in this court's October 4, 2006, Order regarding discovery motions (docket no. 130). Relator argues that she had until January 16, 2007, instead of January 15, 2007, to file her subject motion pursuant to Fed. R. Civ. P. 6(a) since January 15, 2007, was a national holiday, and therefore the subject motion is filed timely.

Here, this court finds that the subject motion is untimely since this court set a "specific date," namely, January 15, 2007, to file any further discovery motions, and Fed. R. Civ. P. 6(a) applies only to time to be computed. Since there is no period of time to be computed, neither Fed. R. Civ. P. 6(a) nor 6(e) apply. See docket no. 130; Curran v. AMI Fireplace Co., 163 F. Appx 714, 718 (10th Cir. 2006) (unpublished opinion); Faust v. Anderson, 52 F. Supp.2d 930, 934-35 (N.D. Ind. 1999). Furthermore, since all counsel must file electronically in this court, and a party may file any motion or pleading electronically even on holidays, nothing prevented Relator from filing the subject motion on January 15, 2007.

Date: February 9, 2007