IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 04–cv–01937–EWN–MJW

UNITED STATES <u>EX REL</u>. RUTH RITCHIE,

    Plaintiff/Relator,

v.

LOCKHEED MARTIN CORP. and
LOCKHEED MARTIN SPACE SYSTEMS CO.,

    Defendants.

---

**ORDER ON UNITED STATES' MOTION FOR LEAVE
TO FILE A STATEMENT OF INTEREST**

---

    On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that the United States' Motion for Leave to File a Statement of Interest is GRANTED. It is further ORDERED that the previous Order and Memorandum of Decision (#180), filed June 21, 2007, is hereby amended and clarified to reflect that any claims the United States may have are dismissed WITHOUT PREJUDICE. The Final Judgment shall so reflect.

Dated: July 13, 2007                          <u>s/ Edward W. Nottingham</u>
                                                                Chief United States District Judge